**STATE of Missouri, Respondent,**

v.

**David NICHOLS, Appellant.**

No. 62632.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1993.

Susan K. Eckles, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Defendant appeals from his conviction for possession of a controlled substance and sentence as a prior offender to two years of probation after the court suspended execution of Defendant's five-year sentence.

We find the trial court did not plainly err in submitting Instruction No. 4, modeled after MAI–CR3d 302.04. That instruction does not operate to deny Defendant due process and is not constitutionally infirm. *State v. Griffin,* 848 S.W.2d 464, 468–69 (Mo. banc 1993).

We further find no jurisprudential purpose would be served by a written opinion in this matter and dispose of it by summary order. Rule 30.25(b).

Judgment affirmed.